UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-01872-JLS-ADS                           Date: April 01, 2020
Title: Paw Partners, Inc. v. Baker Bristol Pet Hospital Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On March 5, 2020, Mediator Gregory B. Wood filed a Mediation Report stating that this matter settled fully at the February 28, 2020 mediation between the parties. (Mediation Report, Doc. 32.)  The text entry on the docket accompanying that filing advised the parties "that they must notify the trial judge's deputy courtroom clerk of the fact of settlement and [] promptly file documents regarding the final disposition of the case."  The Parties have yet to file any documents in connection with the settlement or otherwise apprise the Court of the status of this litigation.

Accordingly, the Parties are ORDERED to show cause, in writing, **within seven (7) days of the date of this Order**, why this case should not be dismissed.  As this matter appears fully resolved, failure to timely comply with this Order will result in immediate dismissal of this action.

Initials of Preparer: tg