JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| PAW PARTNERS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAKER BRISTOL PET HOSPITAL INC., a California corporation; DIETZ KUMAR, LLC, a California Limited Liability Company,<br><br>　　　　Defendants. | Case No. 8:19-cv-01872 JLS-ADS<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE (Doc. 39)**<br><br><br>Presiding Judge:  Hon. Josephine L. Staton<br>Magistrate Judge: Hon. Autumn D. Spaeth |

Based on the Joint Stipulation filed in this matter (Doc. 39), and good cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1. The above-captioned case be dismissed with prejudice as to all claims, causes of action, and defendants in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court concludes that it will not promote efficiency to retain jurisdiction in this matter and declines to do so.

2. Each party shall each bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: April 15, 2020

_____
Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE